**Order entered June 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00724-CR

**MICHAEL LYNN ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00263-T**

## ORDER

Before the Court is the State's May 21, 2019 motion to strike appellant's brief. The State points out that the brief substantially exceeds the maximum word count allowed by rule of appellate procedure 9.4 and was not properly served upon counsel for the State pursuant to rule 9.5(a). *See* TEX. R. APP. P. 9.4(i)(2)(B), 9.5(a). We agree with the State.

We **STRIKE** appellant's brief and **ORDER** appellant to file an amended brief within the word-count limit and serve it upon the State's counsel, Douglas R. Gladden, on or before July 1, 2019.

/s/     LANA MYERS
         JUSTICE